## CIVIL CAUSE FOR ORDER TO SHOW CAUSE

BEFORE JUDGE BIANCO

Date: 12/2/2016         TIME: 10:36         TIME IN COURT: 15 min.

CASE NUMBER: CV 16-4644

TITLE: **Behar v. Barnard**

PLTFFS ATTY:    David Blansky
                 X  present         ___ not present


DEFTS ATTY:     Peter Kamran
                X  present         ___ not present


FTR RECORDER: 3:07-3:19         COURTROOM DEPUTY: Michele Savona

OTHER: _____

 X    CASE CALLED.

 X    CONFERENCE HELD

 X    ARGUMENT HEARD / CONT'D TO_____.

 X    DECISION: Motion to withdraw as counsel is granted.

**OTHER:** _____