UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STEVEN ANTHONY BEHAR and
JEFFREY BEHAR,

                        Appellants,

         -against-                     **ORDER**
                                                                               16-CV-4644 (JFB)

R. KENNETH BARNARD, AS CHAPTER 7
TRUSTEE OF I 0 DIVISION STREET LLC,

                        Appellee.
----------------------------------------------------------------X
JOSEPH F. BIANCO, District Judge:

      By Order dated December 25, 2016, pursuant to the Court's directive at the Show Cause hearing held on December 2, 2016, the Court ordered appellants to file a notice of appearance or a status report by January 16, 2017 and stayed the briefing schedule pending appellants' retention of counsel or filing of a status report. To date, neither a notice of appearance nor a status report has been filed with the Court.

      Therefore, IT IS HEREBY ORDERED that appellants shall file their brief in support of their appeal by February 21, 2017. Appellants are warned that if they fail to file a brief by this date, the Court will deem the appeal abandoned and dismiss the case with prejudice.

**SO ORDERED**.

                                                                       Joseph F. Bianco
                                                                       United States District Judge

Dated: January 20, 2017
        Central Islip, New York