**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.*®

**David A. Blansky, Esq.**
Partner
516.826.6500 x207
dab@lhmlawfirm.com

February 23, 2017

<u>Via ECF & First-Class Mail</u>
Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      In re:    Steven Anthony Behar and Jeffrey Behar, *Appellants*
                v. R. Kenneth Barnard, as Chapter 7 Trustee of
                10 Division Street LLC, *Appellee*
                Dist. Ct. Case No. 16-CV-04644-JFB

Dear Judge Bianco,

      This firm is counsel to Appellee R. Kenneth Barnard, as Chapter 7 Trustee of 10 Division Street LLC.

      On January 20, 2017, the Court entered an electronic order stating that:

> [A]ppellants shall file their brief in support of their appeal by February 21, 2017. Appellants are warned that if they fail to file a brief by this date, the Court will deem the appeal abandoned and dismiss the case with prejudice.

[Dkt No. 11]  Service of that order was made by Appellee on January 26, 2017.  [Dkt No. 12]

      My review of the docket today reflects that Appellants failed to file their brief on or before February 21, 2017, as required by January 20, 2017 order.

      As a result, Appellant requests that the appeal be deemed abandoned and dismissed with prejudice.

                                Respectfully submitted,
                                *s/David A. Blansky*

DAB:rrl                            David A. Blansky
cc:    Steven Anthony Behar
       217-12 67th Avenue
       Bayside, NY 11364

       Jeffrey Behar
       478 Grand Boulevard
       Massapequa Park, NY 11762-1344

       R. Kenneth Barnard, as Trustee