UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEVEN ANTHONY BEHAR and
JEFFREY BEHAR,

                        Appellants,                        **JUDGMENT**
      -against-                                       CV 16-4644 (JFB)

R. KENNETH BARNARD, AS CHAPTER 7
TRUSTEE OF I O DIVISION STREET LLC,

                        Appellee.
-----------------------------------------------------------X

       An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on March 6, 2017, dismissing the appeal with prejudice, and directing the Clerk of Court to close this case, it is

       **ORDERED AND ADJUDGED** that the pending appeal is dismissed with prejudice; and that this case is closed.


Dated: Central Islip, New York
           March 10, 2017

                                                             DOUGLAS C. PALMER
                                                              CLERK OF THE COURT

                                    By:    /s/ James J. Toritto
                                                  Deputy Clerk